United States District Court
Southern District of Texas
**ENTERED**
January 27, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **PRIVATE JET SERVICES GROUP, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:25-CV-04184** |
| | § | |
| **EXCELAIRE, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

# ORDER

Before the Court is Private Jet Services Group, LLC's Plea in Abatement. ECF No. 10. Parties agree that the plea is now moot. Accordingly, it is **DENIED.**

Keith P. Ellison
United States District Judge